UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

KAREEM QUATTLEBAUM,

                        Defendant.
------------------------------------------------------X

**ORDER**

00 CR 1108-03 (RJD)

DEARIE, Chief Judge.

    Kareem Quattlebaum moves for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10. For the reasons stated herein the motion is denied.

    On August 8, 2002, Quattlebaum pleaded guilty to a three-count superseding information charging him with conspiracy to murder, conspiracy to assault with a dangerous weapon and conspiracy to possess and distribute cocaine base. See PSR ¶ 74. He was sentenced to 216 months imprisonment, based on the maximum consecutive sentences for each count in the information. See id.; Dkt. No. 215 (Court's Judgment at 2). Quattlebaum's Guideline sentence was life, based on an offense level of 46 and a criminal history category of I. See PSR ¶ 75. Because Quattlebaum's Guideline sentence was not based on the amount of crack involved in his case, but rather on his involvement in the murder of Ronald Mitchell, the revised crack cocaine guideline has no impact on his sentence and he is ineligible for a sentence reduction. See PSR ¶ 21-50; 18 U.S.C. § 3582(c)(2).

SO ORDERED.

Dated: Brooklyn, New York
       October 2✦2009

s/ Judge Raymond J. Dearie

_____
RAYMOND J. DEARIE
United States District Judge